| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>Denis C. Glynn<br>Jamie M. Glynn | Case No.: 13-32596<br>Chapter: 7<br>Judge: Michael B. Kaplan |

**ORDER RESPECTING**
**AMENDMENT TO SCHEDULE D, E, F, G, H**
**OR LIST OF CREDITORS**

The relief set forth on the following page is hereby **ORDERED**.

DATED: November 18, 2013

/s/ Michael B. Kaplan
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule ___F___ or to the List of Creditors on _____11/15/2013_____ that:

- ☐ Deletes a creditor or creditors
- ☐ Modifies a previously listed creditor or creditor information
- ☑ Adds a creditor or creditors
- ☐ Modifies the list of parties to contracts or leases
- ☐ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor shall serve notice of the Amendment to the trustee in the case, if any, within 14 days of the date of this Order.

It is Further ORDERED that the debtor shall serve notice of the Amendment to the creditors or other parties who are being deleted or modified within 14 days of the date of this Order.

It is Further ORDERED that the debtor(s) shall serve on added creditors, within 14 days of the date of this Order, the following:

1. A copy of the applicable Notice of Commencement of Case under the Bankruptcy Code, Meeting of Creditors and Deadlines (Official Forms 9A through 9I), and

2. In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3. In a Chapter 12 or Chapter 13 case:
   a) a copy of the Notice of Hearing on Confirmation of Plan, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that within 14 days of the date hereof, the debtor(s) shall file a certification of compliance with the above Order.

*rev. 8/1/12*

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                      Case No. 13-32596-MBK
Denis C. Glynn                                              Chapter 7
Jamie M. Glynn
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: sgibbs              Page 1 of 1                  Date Rcvd: Nov 18, 2013
                              Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2013.
db/jdb        +Denis C. Glynn,    Jamie M. Glynn,    509 Myrtle Avenue,    West Allenhurst, NJ 07711-1315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2013 at the address(es) listed below:
              Adam   Schneider    on behalf of Joint Debtor Jamie M. Glynn aschneiderlawoffice@comcast.net
              Adam   Schneider    on behalf of Debtor Denis C. Glynn aschneiderlawoffice@comcast.net
              Peggy E. Stalford    on behalf of Trustee Peggy E. Stalford ecf.alert+pstalford@titlexi.com,
               peggy.stalford@txitrustee.com;pstalford@pstrustee.com;admin@remote7solutions.com
              Peggy E. Stalford    ecf.alert+pstalford@titlexi.com,
               peggy.stalford@txitrustee.com;pstalford@pstrustee.com;admin@remote7solutions.com
              William M.E. Powers, III    on behalf of Creditor   SunTrust Mortgage, Inc. ecf@powerskirn.com
                                                                                                 TOTAL: 5