Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 13–32596–MBK
        Chapter: 7
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Denis C. Glynn<br>509 Myrtle Avenue<br>West Allenhurst, NJ 07711 | Jamie M. Glynn<br>aka Jamie M. Rawson, aka Jamie M. Sariotis<br>509 Myrtle Avenue<br>West Allenhurst, NJ 07711 |

Social Security No.:
  xxx–xx–6046                                                     xxx–xx–3125
Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Peggy E. Stalford is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 23, 2014</u>          <u>Michael B. Kaplan</u>
                                                   Judge, United States Bankruptcy Court